Electronically Filed - Franklin County - September 11, 2026 - 12:39 PM

IN THE 20TH JUDICIAL CIRCUIT
COUNTY OF FRANKLIN
STATE OF MISSOURI

JOHN DOE, a minor, by and through Next Friend, ERIKA GUITTAR,

*Plaintiff,*

vs.

SCHOOL DISTRICT OF WASHINGTON,
Serve at: 220 Locust St.
Washington, MO 63090

*Defendants.*

Cause No. ____________

Division No. ________

JURY TRIAL DEMANDED

Not an Official Court Document

## PETITION

COMES NOW Plaintiff, John Doe, a minor, by and through his Next Friend, Erika Guittar, by counsel, Daniel J. Rhoads of **THE RHOADS FIRM, LLC**, and for his causes of action against Defendant, School District of Washington, pleads the following facts upon her personal knowledge and information:

### Parties

1. John Doe is, and at all times relevant to this Petition was, a minor, male child; a person with a disability; and a resident of Franklin County, Missouri.

2. Erika Guittar, the mother of John Doe and his Next Friend in this action, is and at all times relevant to this Petition was an adult resident of Franklin County, Missouri.

3. Defendant School District of Washington ("the District") is a public school district located within Franklin County, Missouri. The District is a political subdivision of the State, a public corporation, and a "person" by statute.

Electronically Filed - Franklin County - September 11, 2026 - 12:39 PM

Jurisdiction and Venue

4. This Petition arises under the statutes of the State of Missouri and under the statutes of the United States.

5. Plaintiff has suffered damages in excess of $25,000.

6. John Doe was first injured by the wrongful acts or negligent conduct of Defendant in the County of Franklin, State of Missouri.

Facts Applicable to All Counts

7. John Doe is diagnosed with multiple disabilities, including language impairment and a genetic neurological disorder.

8. Plaintiff's disabilities are mental and physical impairments that substantially limit his major life activities, including self-care, speaking, and learning.

9. During the 2024-25 school year, John Doe was a seven-year-old student who was enrolled in and attending Washington West Elementary School ("the School"), which is owned and operated by the District.

10. The School is a place of public accommodation.

11. The District is a recipient of federal funds.

12. On Monday, April 28, 2025, a schoolmate attempted to assault John Doe inside a School bathroom.

13. John Doe was targeted due to his disability because it made him an easier target for the assailant.

14. John Doe was targeted because of his sex in that the schoolmate sought sexual gratification and was attracted to Plaintiff's gender.

Electronically Filed - Franklin County - September 11, 2026 - 12:39 PM

15. The schoolmate was unsuccessful, but he said he would try again on the following Wednesday.

16. On April 30, 2025, the schoolmate did assault John Doe in the bathroom stall.

17. The schoolmate pulled his pants and underwear down, then pulled John Doe's pants and underwear down and began touching and hugging John Doe in that state.

18. Upon learning of the assault, the School sent John Doe back to class, instead of offering him treatment or support or notifying his parents.

19. Defendant knew or should have known about the risk of sexual assault that the schoolmate posed to John Doe, but they failed to take any remedial action.

20. The School did not initiate a Title IX investigation.

21. Later, the School was supposed to implement a safety plan in order to keep the other student away from John Doe at school.

22. However, after the safety plan was supposed to be implemented, the schoolmate was allowed to sit right next to John Doe in the cafeteria and to seek and approach him on the playground.

23. Further, the School failed to maintain an aide responsible for ensuring that the other student stay away from John Doe.

24. John Doe's education and his mental and emotional well-being have been damaged by the assault and the School's failure to take prompt and effective remedial action.

25. As a direct and proximate result of Defendants' failures, Plaintiff was deprived of the accommodations, advantages, facilities, services, or privileges made available in the public school.

Electronically Filed - Franklin County - September 11, 2026 - 12:39 PM

26. As a direct and proximate result of Defendants' failures, John Doe was subjected to unfair treatment based on sex and disability in that he was denied the full and equal use and enjoyment of the school and its services.

27. As a direct and proximate result of Defendants' conduct, John Doe has suffered and continues to suffer damages, including but not limited to (a) emotional pain, suffering, inconvenience, and mental anguish; (b) loss of enjoyment of life; (c) humiliation; and (d) physical pain and suffering.

Exhaustion of Administrative Remedies

28. On October 17, 2025, Plaintiff filed his Complaint of Discrimination in the Missouri Commission on Human Rights ("MCHR") against Defendant, No. P-10/25-05886. *See* Ex. 1, redacted complaint.

29. On June 15, 2026, the MCHR issued its Notice of Right to Sue to Plaintiff. *See* Ex. 2, right to sue letter.

Count I – Violation of the Missouri Human Rights Act
Sex Discrimination

30. Plaintiff incorporates the averments in the preceding paragraphs as if they were fully set forth herein.

31. Plaintiff is a member of a protected group—to wit, he is a male.

32. Plaintiff was subjected to unwelcome sexual harassment by his schoolmate in a place of public accommodation—to wit, the School.

33. Plaintiff's sex was the motivating factor in the harassment.

34. The harassment refused, withheld from, or denied Plaintiff the accommodations, advantages, facilities, services, or privileges made available in the public school, or discriminated against Plaintiff in the use thereof on the grounds of sex.

Electronically Filed - Franklin County - September 11, 2026 - 12:39 PM

35. Defendant, through its officials and employees, knew of the harassment, but they failed to take prompt and effective remedial action.

36. John Doe was thereby damaged.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor on Count I; award Plaintiff such sum as will fairly and justly compensate Plaintiff for all damages that he has sustained and is reasonably certain to sustain in the future as a direct result of Defendant's conduct; and award Plaintiff such additional relief that the Court deems just and proper.

Count II – Violation of the Missouri Human Rights Act
Disability Discrimination

37. Plaintiff incorporates the averments in the preceding paragraphs as if they were fully set forth herein.

38. Plaintiff is a member of a protected group—to wit, he is a person with a disability.

39. Plaintiff was subjected to unwelcome harassment by his schoolmate in a place of public accommodation—to wit, the School.

40. Plaintiff's disability was the motivating factor in the harassment.

41. The harassment refused, withheld from, or denied Plaintiff the accommodations, advantages, facilities, services, or privileges made available in the public school, or discriminated against Plaintiff in the use thereof on the grounds of disability.

42. Defendant, through its officials and employees, knew of the harassment, but they failed to take prompt and effective remedial action.

43. John Doe was thereby damaged.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor on Count II; award Plaintiff such sum as will fairly and justly compensate Plaintiff for all damages

Electronically Filed - Franklin County - September 11, 2026 - 12:39 PM

that he has sustained and is reasonably certain to sustain in the future as a direct result of Defendant's conduct; and award Plaintiff such additional relief that the Court deems just and proper.

Count III – Action under Title IX of the Education Amendments of 1972
Sex Discrimination vs. The District

44. Plaintiff incorporates the averments in the preceding paragraphs as if they were fully set forth herein.

45. The District is a recipient of federal funds.

46. Plaintiff was subjected to sexual harassment in the District's school that was so severe, pervasive, and objectively offensive that it deprived him of educational opportunities.

47. The conduct described in this Petition amounts to discrimination against Plaintiff on the basis of his sex.

48. Plaintiff gave actual notice of the harassment to one or more appropriate persons in the District.

49. The District's response to Plaintiff's notice of harassment was deliberately indifferent and subjected Plaintiff to further harassment.

50. As a direct and proximate result of the above-described acts, Plaintiff has suffered and will continue to suffer emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor on Count III; award Plaintiff such sum as will fairly and justly compensate Plaintiff for all damages that he has sustained and is reasonably certain to sustain in the future as a direct result of Defendant's conduct; and award Plaintiff such additional relief that the Court deems just and proper.

Electronically Filed - Franklin County - September 11, 2026 - 12:39 PM

RESPECTFULLY SUBMITTED

/s/ Daniel J. Rhoads

Daniel J. Rhoads, 59590
THE RHOADS FIRM, LLC
8123 Delmar Blvd., Suite 200
St. Louis, MO 63130
Phone: (855) 895-0997
Fax: (314) 754-9103
therhoadsfirmllc@gmail.com
*Attorney for Plaintiff*
*John Doe, a minor, by and through*
*Next Friend, Erika Guittar*

Not an Official Court Document